### EQUITABLE FIRE INS. CO. v. FISHBURNE.

APPEAL—DISMISSAL—DISCRETION.—A CIRCUIT JUDGE has power to dismiss an appeal for want of prosecution and in so doing there is no abuse of discretion.

Before DANTZLER, J., Charleston, March, 1904. Affirmed.

Motion to dismiss appeal in Equitable Fire Insurance Co. against S. H. M. Fishburne. From order granting motion, defendant appeals.

*Mr. Julian Fishburne,* for appellant, cites: 20 S. C., 582; Code of Proc., 349.

*Messrs. Smythe, Lee & Frost,* contra.

June 24, 1905. The opinion of the Court was delivered by

MR. JUSTICE GARY. This is an appeal from an order dismissing an appeal. The case of *State* v. *Johnson,* 52 S. C., 505, 30 S. E., 592, shows that his Honor, the Circuit Judge, had the power to grant such an order, and, in so doing, there was no abuse of discretion.

It is the judgment of this Court, that the order of the Circuit Court be affirmed.